RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
SYLVIA IRVIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Sylvia_Irvin@fd.org

Attorney for Juan Zubias-Gamez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>       v.<br><br>JUAN ZUBIAS-GAMEZ,<br><br>               Defendant. | Case No. 2:20-mj-00695-BNW<br><br>**STIPULATION TO EXTEND DEADLINES TO CONDUCT PRELIMINARY HEARING AND FILE INDICTMENT**<br><br>(Third Request) |

It is stipulated and agreed to by and between United States Attorney Nicholas A. Trutanich and Assistant United States Attorney Kimberly Frayn, counsel for the United States of America, and Federal Public Defender Rene L. Valladares and Assistant Federal Public Defender Sylvia Irvin, counsel for Defendant Juan Zubias-Gamez, that the preliminary hearing and the deadline to file the indictment both currently scheduled for November 30, 2020, be continued for 14 days.

The Stipulation is entered into for the following reasons:

1.     On August 13, 2020, Mr. Zubias-Gamez made an initial appearance on a complaint charging him with one count of illegal re-entry. ECF No. 1.

2. The parties previously have asked the Court to continue the preliminary hearing deadline and the deadline for the indictment to be filed. *See* ECF Nos. 12, 15. The Court has granted both requests. *See* ECF Nos. 13, 16.

3. The Government has offered Mr. Zubias-Gamez a plea offer that requires him to waive specific rights and hearings in exchange for a "fast-track" downward departure under USSG § 5K3.1. The offer will be withdrawn if it is not accepted before this matter is indicted and before a preliminary hearing is held.

4. Mr. Zubias-Gamez needs more time to consider the plea offer. He has authorized undersigned counsel to ask for an additional 14 days to continue the preliminary hearing and the time to file the indictment.

5. The parties agree to the extension of the preliminary hearing deadline as stated in Federal Rule of Criminal Procedure 5.1(c), and an extension of the time for the Government to file an indictment in this case as stated in 18 U.S.C. § 3161(b).

6. The parties understand that this requested additional time is excludable in computing the time within which the defendant must be indicted and the trial must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, and considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

7. Mr. Zubias-Gamez is in custody and agrees to this stipulation.

8. This is the third request to continue the preliminary hearing.

DATED this 23rd day of November, 2020

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS TRUTANICH<br>United States Attorney |
| By: *Sylvia A. Irvin*<br>SYLVIA A. IRVIN<br>Assistant Federal Public Defender | By: *Kimberly M. Frayn*<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUAN ZUBIAS-GAMEZ,<br><br>    Defendant. | Case No. 2:20-mj-00695-BNW<br><br>**ORDER** |

Based on the stipulation of counsel, good cause appearing, and in the best interest of justice being served, the Court finds that the time requested by this stipulation is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), Federal Rule of Criminal Procedure 5.1, and considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv); and

IT IS THERFORE ORDERED that the Preliminary Hearing currently scheduled for November 30, 2020, at 9:00a.m., be vacated and continued to 12/14/2020 at 10:00 AM

DATED this 24th day of November, 2020.

_____
UNITED STATES MAGOSTATE JUDGE