1  NICHOLAS A. TRUTANICH
   United States Attorney
2  Nevada Bar Number 13644
   KIMBERLY M. FRAYN
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Telephone: 702.388.6546/Fax 702.388.6418
5  Kimberly.Frayn@usdoj.gov

6  *Attorneys for the United States*

7          **UNITED STATES DISTRICT COURT**
              **DISTRICT OF NEVADA**
8

9  UNITED STATES OF AMERICA,                    Case No.: 2:20-mj-695-BNW

10          Plaintiff,                          **Stipulation to Extend Deadlines to**
                                                **Conduct Preliminary Hearing and**
       v.                                       **File Indictment (Sixth Request)**
11

12 JUAN ZUBIAS-GAMEZ,
      a.k.a. "Juan Zabias-Gamez,"
13
            Defendant.
14

15         IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A.

16 Trutanich, United States Attorney, and Kimberly M. Frayn, Assistant United States

17 Attorney, counsel for the United States of America, and, Abel M. Yanez, Esq., counsel for

18 Defendant Juan Zubias-Gamez, that the Court continue the preliminary hearing currently

19 scheduled in this case for February 9, 2021, at 2:30 a.m., (ECF No. 27), to at date and time

20 convenient to the court but not sooner than 75 days from the current date. This request

21 requires that the Court extend two deadlines: (1) that a preliminary hearing be conducted

22 within 14 days of a detained defendant's initial appearance, *see* Fed. R. Crim. P. 5.1(c); and

23 (2) that an information or indictment be filed within 30 days of a defendant's arrest, *see* 18

24 U.S.C. § 3161(b).

1    This stipulation is entered into for the following reasons:

2    1.    The United States Attorney's Office has developed an early disposition

3    program for immigration cases, authorized by the Attorney General pursuant to the

4    PROTECT ACT of 2003, Pub. L. 108-21.

5    2.    The early disposition program for immigration cases is designed to: (1) reduce

6    the number of hearings required in order to dispose of a criminal case; (2) avoid having

7    more cases added to the court's trial calendar, while still discharging the government's duty

8    to prosecute federal crimes; (3) reduce the amount of time between complaint and

9    sentencing; and (4) avoid adding significant time to the grand jury calendar to seek

10   indictments in immigration cases, which in turn reduces court costs.

11   3.    The government has made a plea offer in this case that requires defendant to

12   waive specific rights and hearings in exchange for "fast-track" downward departure under

13   USSG § 5K3.1. This offer will be withdrawn if it is not timely accepted before this matter is

14   indicted and before a preliminary hearing is held. The Court just recently terminated FPD's

15   representation and appointed new counsel, Mr. Yanez, for the defendant, on or about

16   December 17, 2020. ECF No. 24. Mr. Yanez, Esq. and the defendant have advised

17   undersigned government counsel that they would like more time to consider whether to

18   accept the government's Fast Track offer and they agree to move the preliminary hearing

19   out for an additional 75 days.

20   4.    Under Federal Rule of Criminal Procedure 5.1(c), the Court "must hold the

21   preliminary hearing within a reasonAbel time, but no later than 14 days after the initial

22   appearance if the defendant is in custody . . . ."

23   5.    However, under Rule 5.1(d), "[w]ith the defendant's consent and upon a

24   showing of good cause—taking into account the public interest in the prompt disposition of

1    criminal cases—a magistrate judge may extend the time limits in Rule 5.1(c) one or more

2    times . . . ."

3    　　　6.　　　Furthermore, under the Speedy Trial Act, 18 U.S.C. § 3161(b), "[a]ny

4    information or indictment charging an individual with the commission of an offense shall be

5    filed within thirty days from the date on which such individual was arrested or served with a

6    summons in connection with such charges."

7    　　　7.　　　Defendant and new defense counsel need additional time to review the

8    discovery and investigate potential defenses to make an informed decision as to how to

9    proceed, including whether to accept the fast-track plea agreement.

10    　　　8.　　　Accordingly, the parties jointly request that the Court schedule the

11    preliminary hearing in this case at a date and time convenient to the Court, but not sooner

12    than 75 days from the current setting.

13    　　　9.　　　Defendant is in custody and agrees to the extension of the 14-day deadline

14    imposed by Rule 5.1(c) and waives any right to remedies under Rule 5.1(c) or 18 U.S.C.

15    § 3161(b), provided that the information or indictment is filed on or before the date ordered

16    pursuant to this stipulation.

17    　　　10.　　　The parties agree to the extension of that deadline.

18    　　　11.　　　This extension supports the public interest in the prompt disposition of

19    criminal cases by permitting defendant to consider entering into a plea agreement under the

20    United States Attorney's Office's fast-track program for § 1326 defendants.

21    　　　12.　　　Accordingly, the additional time requested by this stipulation is allowed

22    under Federal Rule of Criminal Procedure 5.1(d).

23    　　　13.　　　In addition, the parties stipulate and agree that the time between today and

24    the scheduled preliminary hearing is excludable in computing the time within which the

3

1    defendant must be indicted and the trial herein must commence pursuant to the Speedy

2    Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), considering the factors under 18 U.S.C.

3    § 3161(h)(7)(B)(i) and (iv).

4          14.     This is the sixth request for an extension of the deadlines by which to conduct

5    the preliminary hearing and to file an indictment.

6          DATED this 1st day of February, 2021.

7                                 Respectfully submitted,

8                                 NICHOLAS A. TRUTANICH
                             United States Attorney

9

10   */s/ Abel M. Yanez*                 */s/ Kimberly M. Frayn*
    Abel M. Yanez, Esq.           KIMBERLY M. FRAYN
    Counsel for Defendant       Assistant United States Attorney

11   JUAN ZUMBIAS-GAMEZ

12

13

14

15

16

17

18

19

20

21

22

23

24

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

JUAN ZUBIAS-GAMEZ,
  a.k.a. "Juan Zabias-Gamez,"

      Defendant.

Case No.: 2:20-mj-695-BNW

**[Proposed] Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment**

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on February 9, 2021, at the hour of 2:30 a.m., be vacated and continued to 4/27/2021 at 1:00 PM.

DATED this 1st day of February 2021.

_____
HONORABLE BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE

5