CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702.388.6546/Fax 702.388.6418
Kimberly.Frayn@usdoj.gov

*Attorneys for the United States*

```
                    FILED          RECEIVED
                    ENTERED        SERVED ON
                              COUNSEL/PARTIES OF RECORD

                          APR 12 2021

                       CLERK US DISTRICT COURT
                         DISTRICT OF NEVADA
              BY:_____DEPUTY
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUAN ZUBIAS-GAMEZ,<br>   a.k.a. "Juan Zabias-Gamez,"<br><br>    Defendant. | Case No.: 2:21-cr-00101-GMN-VCF<br><br>**Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment (Seventh Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and, Abel M. Yanez, Esq., counsel for Defendant Juan Zubias-Gamez, that the Court continue the preliminary hearing originally set in Case No.: 2:20-mj-695-BNW currently scheduled in this case for April 27, 2021, be continued to at date and time convenient to the court but not sooner than June 15, 2021. This request requires that the Court extend two deadlines: (1) that a preliminary hearing be conducted within 14 days of a detained defendant's initial appearance, *see* Fed. R. Crim. P. 5.1(c); and (2) that an information or indictment be filed within 30 days of a defendant's arrest, *see* 18 U.S.C. § 3161(b).

This stipulation is entered into for the following reasons:

1. The United States Attorney's Office has developed an early disposition program for immigration cases, authorized by the Attorney General pursuant to the PROTECT ACT of 2003, Pub. L. 108-21.

2. The early disposition program for immigration cases is designed to: (1) reduce the number of hearings required in order to dispose of a criminal case; (2) avoid having more cases added to the court's trial calendar, while still discharging the government's duty to prosecute federal crimes; (3) reduce the amount of time between complaint and sentencing; and (4) avoid adding significant time to the grand jury calendar to seek indictments in immigration cases, which in turn reduces court costs.

3. The defendant has accepted a plea offer in this case that requires defendant to waive specific rights and hearings in exchange for "fast-track" downward departure under USSG § 5K3.1. A written plea agreement, waiver of indictment, and a criminal information has been submitted in case number 2:21-cr-00101-GMN-VCF. A change of plea hearing has been scheduled for May 26, 2021. If the court accepts the defendant's guilty plea, the preliminary hearing originally set in Case No.: 2:20-mj-695-BNW can be vacated. If not, the parties will need additional time to finalize their preparations for the preliminary hearing.

4. Under Federal Rule of Criminal Procedure 5.1(c), the Court "must hold the preliminary hearing within a reasonable time, but no later than 14 days after the initial appearance if the defendant is in custody . . . ."

5. However, under Rule 5.1(d), "[w]ith the defendant's consent and upon a showing of good cause—taking into account the public interest in the prompt disposition of criminal cases—a magistrate judge may extend the time limits in Rule 5.1(c) one or more times . . . ."

6. Furthermore, under the Speedy Trial Act, 18 U.S.C. § 3161(b), "[a]ny information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested or served with a summons in connection with such charges."

7. Defendant, defense counsel, and the government will need additional time to finalize their preparations for the preliminary hearing, if the court ultimately does not accept the defendant's guilty plea on May 26, 2021.

8. Accordingly, the parties jointly request that the Court schedule the preliminary hearing in this case at a date and time convenient to the Court, but not sooner than June 15, 2021.

9. Defendant is in custody and agrees to the extension of the 14-day deadline imposed by Rule 5.1(c) and waives any right to remedies under Rule 5.1(c) or 18 U.S.C. § 3161(b), provided that the information or indictment is filed on or before the date ordered pursuant to this stipulation.

10. The parties agree to the extension of that deadline.

11. This extension supports the public interest in the prompt disposition of criminal cases by permitting defendant to enter into a plea agreement under the United States Attorney's Office's fast-track program for § 1326 defendants.

12. Accordingly, the additional time requested by this stipulation is allowed under Federal Rule of Criminal Procedure 5.1(d).

13. In addition, the parties stipulate and agree that the time between today and the scheduled preliminary hearing is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy

Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

      14.    This is the seventh request for an extension of the deadlines by which to conduct the preliminary hearing and to file an indictment.

      DATED this 8th day of April, 2021.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ *Abel M. Yanez*  
Abel M. Yanez, Esq.  
Counsel for Defendant  
JUAN ZUMBIAS-GAMEZ

/s/ *Kimberly M. Frayn*  
KIMBERLY M. FRAYN  
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUAN ZUBIAS-GAMEZ,<br>　a.k.a. "Juan Zabias-Gamez,"<br><br>　　　　Defendant. | Case No.: 2:21-cr-00101-GMN-VCF<br><br>[Proposed] Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment |

　　　Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

　　　IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on April 27, 2021, be vacated and continued to 6/18/2021 at 2:00 PM

　　　DATED this __20th__ day of April 2021.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE